UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DOROTHY CORDICE,

        Plaintiff,

    - against -

LIAT AIRLINES,

        Defendant.
------------------------------------------------------------X

**JUDGMENT**
14-CV-2924 (RRM) (LB)

A Memorandum and Order of the undersigned having been issued this dismissing this case for lack of personal jurisdiction, it is

ORDERED ADJUDGED AND DECREED that plaintiff take nothing of defendant; and that all claims brought by plaintiff as against defendant are dismissed; and that this case is hereby closed.

Dated: Brooklyn, New York
       September 22, 2015

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge